RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 5/19/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| MICHAEL JACK VINSON | : | DOCKET NO. 2:09-cv-661 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| LA SECRETARY OF HEALTH AND HOSPITALS | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's Complaint be **DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 19th day of May, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE